IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO,<br><br>             Plaintiff,<br><br>     vs.<br><br>BOARD OF PRISON TERM, et al.,<br><br>             Defendants. | Case No. 2:06-cv-02502 JKS DAD P<br><br>ORDER |

  Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

  On October 9, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

  Specifically, the magistrate judge recommends dismissal because Plaintiff's claims are not cognizable under 42 U.S.C. § 1983. The Court has reviewed the Complaint and concurs that the claims are not cognizable: the claim seeking vacation of his revocation of parole must be brought as a habeas action; the malpractice claim simply fails to state a federal claim; and a violation of the terms of a court order is not cognizable as a civil rights violation. Having reviewed the file and

1

found the findings and recommendations to be supported by the record and by the magistrate judge's analysis, dismissal is appropriate.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed October 9, 2007, are adopted in full;
2. This action is dismissed; and
3. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

                                                                         /s/ James K. Singleton, Jr.
                                                                         **JAMES K. SINGLETON, JR.**
                                                                         United States District Judge

ORDER